R. Brian Tanner, James D. Durham, T. Shane Mayes, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Carlton R. Bourne, Jr., U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee,

Mark A. Lanier, Law Office of Mark A. Lanier, Portal, GA, Anthony Mobley, Savannah, GA, for Defendant–Appellant.

Before TJOFLAT, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Mark Lanier, appointed counsel for Anthony Mobley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no argua-

ble issues of merit, counsel's motion to withdraw is **GRANTED,** and Mobley's convictions and sentences are **AFFIRMED.** Given our resolution of Lanier's *Anders* motion, we **DENY AS MOOT** Lanier's motion to withdraw on other grounds, Mobley's motion for appointment of alternate counsel, and Mobley's motion for an extension of time to file an appellate brief.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dennis BURTON, Defendant–Appellant.**

**No. 14–12167**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 12, 2015.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Julie Hackenberry, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Valarie Linnen, Esq., Atlantic Beach, FL, Dennis Burton, McRae, GA, for Defendant–Appellant.

Before HULL, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

Valarie Linnen, appointed counsel for Dennis Burton in this criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). In response, Burton has raised several issues he contends are meritorious and moved for appointment of new counsel and an extension of time in which to file his appellate brief. Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Burton's motions for appointment of counsel and an extension of time are **DENIED,** and Burton's conviction and sentence are **AFFIRMED.**